**Opinion filed July 11, 2019**



## In The

# Eleventh Court of Appeals

_____

## Nos. 11-19-00142-CR & 11-19-00143-CR

_____

## TORRI BROOKE DILLARD, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause Nos. 21325B & 21654B**

### M E M O R A N D U M   O P I N I O N

Appellant has filed a motion to dismiss in both of her appeals. In each motion, she states that she no longer desires to pursue the appeal, and she requests that the appeal be dismissed. In accordance with TEX. R. APP. P. 42.2, the motions are signed by Appellant and her counsel.

The motions are granted, and the appeals are dismissed.

July 11, 2019                                                   PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

_____

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.